UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ANN INFANGER-SCHULZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. CV 16-03027-JEM<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order Reversing Decision of the Commissioner of Social Security filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this case REMANDED for further proceedings in accordance with the Memorandum Opinion and Order and with law.

DATED: November 22, 2017　　　　　　　　　*/s/ John E. McDermott*
　　　　　　　　　　　　　　　　　　JOHN E. MCDERMOTT
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE